■ MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v AETNA CASUALTY & SURETY COMPANY, Appellant. [636 NYS2d 615] —Order, Supreme Court, New York County (Stanley Parness, J.), entered September 2, 1994, unanimously affirmed for the reasons stated by Parness, J., without costs and disbursements. No opinion. Order filed. Concur—Ellerin, J. P., Ross, Nardelli, Williams and Mazzarelli, JJ.